## MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 9, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/15
```

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street, Chambers 2240
New York, New York 10007

Re:   United States v. Shavers,
      15 Cr. 157 (LAK)

Dear Judge Kaplan:

*Adjourned to 9/21/15 at 3:45 pm. Time excluded through 9/21 SO ORDERED in interest of justice stated.*

LEWIS A. KAPLAN, USDJ

9/9/15

The Government writes, with the consent of defendant Trendon T. Shavers, through counsel, to respectfully request that the Court adjourn the pretrial conference currently scheduled for tomorrow. The parties are deeply in the midst of negotiating a resolution short of trial, and ask that the Court adjourn tomorrow's appearance until September 21, 2015, if that day is convenient for the Court. The parties either will appear at that time for a pretrial conference, or ask the Court to refer the matter to a U.S. Magistrate Judge for a change-of-plea hearing.

The Government also moves to exclude from the Speedy Trial Act's operation the time between tomorrow and September 21, in the interests of justice, to afford Shavers adequate time to review discovery, and prepare and provide reciprocal discovery—which we understand Shavers is in the process of doing—and to afford the parties additional time to negotiate a pretrial resolution of this matter. See 18 U.S.C. § 3161(h)(7)(A). Defense counsel has expressly consented to such an exclusion on Shavers' behalf.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   /s/ Michael Ferrara
      Assistant U.S. Attorney
      212-637-2526

Cc:   Christopher A. Flood, Esq.