**Best Moving Services | DFW**

**29th September 2016**

To whom it may concern regarding Mr. Shavers move date.

On Tuesday September 20th, our client Mr. Shavers scheduled an expected move date of Tuesday, September 27th at 10am.  Due to short staffing and equipment problems we were unable to provide services on that date.  We rescheduled to Monday, October 3rd at 2pm.  On Wednesday, September 28th we contacted Mr. Shavers and provided him with a revised moving date of Saturday, October 1st at 2pm.

Current Move Date 10/01/2016 2pm.

Regards,

**Jeff Riecken**
Best Moving Services (DFW)
P.O. Box 835268
Dallas, TX 75244