Trendon T. Shavers                  4                  936971 – M. Franco
Docket Number: 0208 1:15CR00157-1(LAK)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/3/21

## *JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑ Court Orders supervision to terminate as scheduled on January 17, 2021

or

U.S. Probation Officer is directed to:

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other:

_____
Honorable Lewis A. Kaplan
Senior U.S. District Judge

10/7/2020
Date